UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

IN RE: TYRONE NOEL NUNN,

Plaintiff.

Case No. 3:24-cv-00090-MMD-CSD

ORDER TO ADMINISTRATIVELY CLOSE CASE

The Court finds that the Clerk's Office opened this case in error. Plaintiff Tyrone Noel Nunn, who has filed many lawsuits in this Court, submitted a document entitled "Legal Aid Declarative Conference" but did not identify a case number in the caption. (ECF No. 1-1.) As a result, the Clerk's Office docketed this filing in a new action.

However, after reviewing the filing, it appears that Nunn intended to file this document in one of his open cases although it is unclear which one. Nunn lists several case numbers in the body of the document. (*See* ECF No. 1-1.)

The Court directs the Clerk of the Court to administratively close this case and return the filing back to Nunn. If Nunn seeks to file that document in one of his open cases, he must list the case number in the caption of the document. *See* LR IA 10-2 (detailing the required format for filed documents which includes a case number). Moreover, the Court warns Plaintiff that "[a]ll communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties. The court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice." LR IA 7-1(b).

///

///

///

///

It is therefore ordered that the Clerk the Court is directed to administratively close this case and send Plaintiff a courtesy copy of the document filed at ECF No. 1-1.

DATED THIS 27th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE